IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OLUFEMI BORISHADE, | ) | 1:07-cv-01367-SMS **\*** |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PLAINTIFF'S** |
| | ) | **COUNSEL PERSONAL APPEARANCE** |
| vs. | ) | **TO SHOW CAUSE WHY CASE SHOULD** |
| | ) | **NOT BE DISMISSED FOR LACK OF** |
| GENERAL NUTRITION CORPORATION, | ) | **PROSECUTION** |
| et al., | ) | |
| | ) | Date:  1/23/09 |
| Defendant. | ) | Time:  10:00am |
| | ) | Ctrm:  7 ~ 6th Floor |

This matter came on regularly for a Pretrial Conference on December 11, 2008 at 1:30 p.m. before the Honorable Sandra M. Snyder, United States Magistrate Judge (Doc. 32).  Plaintiff, by and through counsel, Alaba S. Ajetunmobi, Esq., did not appear or otherwise contact the court.  Susan L. Germaise, Esq., of McGuire, Woods, LLP, appeared telephonically on behalf of defendant.

The court possesses the discretionary authority to dismiss an action based on plaintiff's failure to prosecute diligently.  Fed. R. Civ. P. 41(b); Schwarzer, Tashima & Wagstaffe, <u>Fed. Civ. Proc. Before Trial</u> ¶ 16:431 (1997).

---

**\*** On 2/20/08 (Doc. 22), Judge O'Neill ordered this case reassigned to Judge Snyder for all further proceedings and entry of judgment pursuant to the consent of the parties Docs. 20, 21), thereby changing the case number/initials: 1:07-cv-01367-SMS.

1

1 Unreasonable delay by plaintiff is sufficient to justify dismissal,
2 even in the absence of actual prejudice to the defendant <u>(Moore v.
3 Telfon Communications Corp.</u>, 589 F.2d 959, 967-68 (9th Cir. 1978))
4 since a presumption of injury arises from the occurrence of
5 unreasonable delay.  <u>Fidelity Philadelphia Trust Co. v. Pioche
6 Mines Consol., Inc.</u>, 587 F.2d 27, 29 (9th Cir. 1978).  Plaintiff
7 then has the burden of showing justification for the delay and, in
8 the absence of such showing, the case is properly dismissed for
9 failure to prosecute.  <u>Nealey v. Transportation Maritima Mexicana,
10 S.A.</u>, 662 F.2d 1275 (9th Cir. 1980).

11     **IT IS HEREBY ORDERED**:

12     1.   That this matter is set for hearing on January 23, 2009
13 at 10:00 a.m. in Courtroom No. 7 on the Sixth Floor before the
14 Honorable Sandra M. Snyder, United States Magistrate Judge, for
15 which **plaintiff's counsel, Alaba S. Ajetunmobi, Esq., must
16 personally appear**.

17     2.   If plaintiff's counsel has any reasons why this action
18 should not be dismissed, they shall be submitted by sworn
19 declaration of facts on or before **January 15, 2009 no later than
20 noon**, to which a supporting memorandum of law may be appended.

21     Plaintiff's counsel is advised that his failure to personally
22 appear in court on January 23, 2009 at 10:00 a.m. and/or comply
23 with or respond to this order will result in outright dismissal of
24 the action.

25 **IT IS SO ORDERED.**

26 **Dated: December 12, 2008**            /s/ Sandra M. Snyder
                                           **UNITED STATES MAGISTRATE JUDGE**

27

28

2