LAW OFFICE OF ALABA AJETUNMOBI
Alaba S. Ajetunmobi
3350 Wilshire Blvd., Suite 980
Los Angeles, CA 90012
Tel.: (213) 380-9488
Fax: (213) 380-9511
Email: atty.alabaajet@justice.com

Attorney for Plaintiff
OLUFEMI BORISHADE





# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| OLUFEMI BORISHADE,<br><br>  Plaintiff,<br><br>  v.<br><br>GENERAL NUTRITION CORPORATION, | CASE NO. 1:07-CV-01367-SMS<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL OF ACTION |

TO THE HONORABLE JUDGE OF THE COURT:

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, OLUFEMI BORISHADE, hereby notifies the Court that this case has settled against the Defendant, GENERAL NUTRITION CORPORATION, and requests this Court to enter an order dismissing the case against all the parties with prejudice, with all parties to bear their own costs.

Dated: June 25, 2009                               /s/ Alaba S. Ajetunmobi

*****************************

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, on June 25, 2009, to:

Susan L. Germaise, Esq.
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, California 90067

*****************************

IT IS SO ORDERED.   *Case dismissed with prejudice.*

DATE: June 29, 2009

SANDRA M. SNYDER,
UNITED STATES MAGISTRATE JUDGE